No. 12–5772. ROBERTSON v. SIMPSON, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–5773. SOTO-ECHEVARRIA v. WENEROWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–5774. RAMSEY v. MCCALL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 12–5775. AMR v. CROWLEY ET AL. Sup. Ct. Va. Certiorari denied.

No. 12–5776. RAMIREZ BRAVO v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 12–5782. MARTIN v. RAMBERG. C. A. 9th Cir. Certiorari denied.

No. 12–5783. LOMAX v. DAVIS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 12–5784. VONDAL v. FRINK, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5785. MOORE v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 12–5786. ORDONEZ v. GONZALEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5789. ROCHIN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–5797. BARRETT v. KITZHABER, GOVERNOR OF OREGON, ET AL. Sup. Ct. Ore. Certiorari denied.

No. 12–5799. GAGNE v. BOOKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5802. ROSE v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5804. RESTIVO v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 12–5806. MCGEE v. RUDEK, WARDEN. C. A. 10th Cir. Certiorari denied.